IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARREN JOSEPH KING, | ) | No. C 16-0730 JSW (PR) |
| Petitioner, | ) ) | **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| vs. | ) ) | |
| J. SOTO, Warden, | ) ) | (Dkt. No. 3) |
| Respondent. | ) ) | |

    This case was opened when Petitioner, a prisoner of the State of California proceeding pro se, filed a form federal habeas petition with a large number of attachments. Petitioner previously filed a habeas petition in federal court, which petition was dismissed without prejudice because it indicated that he had not exhausted his claims by presenting them to the California Supreme Court. *See King v. Soto*, No. C 15-1137 JSW (PR).

    The form petition filed in the instant case contains only minimal allegations, and instead references an attached document. The attached document is a copy of a filing in the California Court of Appeal entitled "Affidavit of truth of negative and positive averment, Warren King D-43943 pursuant to maxims of comercial law." This affidavit and its attached exhibits do not set forth the most basic information required for a federal

habeas petition, such as the crime he was convicted of and the date of his criminal judgment. They also do not include claims that his conviction or sentence violate federal law. The exhibits consist of records from Petitioner's criminal proceedings in the trial court and the California Court of Appeals, but there is no indication in the exhibits or the affidavit itself that Petitioner has presented any claims to the California Supreme Court.

Accordingly, the instant petition is DISMISSED without prejudice to filing a federal habeas petition setting forth claims that challenge his state court judgment on the grounds that it violates federal law, provided such claims have been presented to the California Supreme Court.

Petitioner's application for leave to proceed in forma pauperis is GRANTED.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: May 3, 2016

JEFFREY S. WHITE
United States District Judge